JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD WEBB,<br><br>    Petitioner,<br><br>    v.<br><br>R.E. BARNES, Warden,<br><br>    Respondent. | Case No. CV 14-9863-SVW (KK)<br><br>**JUDGMENT** |

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

Dated: <u>November 24, 2015</u>

_____
HONORABLE STEPHEN V. WILSON
UNITED STATES DISTRICT JUDGE